UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT RAMOS, <br> an individual, <br> <br>     PLAINTIFF, <br> v. <br> <br> WEST COMMERCE REAL ESTATE LLC, <br> a limited liability company, <br> <br>     DEFENDANT. | * <br> * <br> * <br> * <br> * <br> *   Case No. 5:22-cv-165 <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF SETTLEMENT

Plaintiff Robert Ramos and Defendant, hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request 14 days to file their stipulation of dismissal with prejudice.

Dated: July 12, 2022

                By:*/s/ Duncan Strickland*
                Duncan Strickland
                Counsel for Plaintiff
                State Bar No.: 24072374
                13423 Blanco Road
                San Antonio, TX 78216
                Telephone: (210) 504-7874
                Facsimile: (832) 218-4317
                E-mail: Duncan@TexasLandLordAttorney.com